IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PARADISE READY MIX, INC. a California corporation, WILLIAM CALLAWAY, an individual, and BRIAN HARRISON, an individual,<br><br>　　　　Defendants.<br>_____ | 2:10-cv-01801-GEB-GGH<br><br>ORDER TO SHOW CAUSE |

　　　　Defendants filed an "Answer to Compliant for Declaratory and Injunctive Relief and Civil Penalties; Counter Claim [and] Demand for Jury Trial," *in propria persona* on September 27, 2010, in which they state Defendant Paradise Ready Mix is a "California business." (ECF No. 5, 1:19.) Defendants further state in their "Status Report and Rule 26(f) Discovery Plan" that Paradise Ready Mix is a "privately owned company. . . ." (ECF No. 9 ¶ 1.)

　　　　"Corporations and other unincorporated associations must appear in court through an attorney." In re America West Airlines, 40 F.3d 1058, 1059 (9th Cir. 1094). Therefore, Defendant Paradise Ready Mix is Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on November 29, 2010, why its "Answer to Compliant for Declaratory and Injunctive Relief and Civil Penalties; Counter Claim

1

1 [and] Demand for Jury Trial," should not be stricken. See <u>Dillard v.
2 Victoria M. Morton Enterprises, Inc.</u>, No. 2:08-cv-01339 FCD KJN PS, 2010
3 WL 3386459, at *3 (E.D. Cal. 2010) (striking corporate defendants'
4 answer to plaintiff's first-amended complaint); <u>Rojas v. Hawgs Seafuood
5 Bar, Inc.</u>, No. C08-03819, 2009 WL 1255538, at *1 (N.D. Cal. 2009) ("When
6 a corporation fails to retain counsel to represent it in an action, its
7 answer may be stricken and a default judgment entered against it.").

8   The written response shall state whether a hearing is
9 requested on the OSC. If a hearing is requested, it will be held in
10 courtroom 10 at 9:00 a.m. on December 13, 2010.

11   IT IS SO ORDERED.

12 Dated:  November 18, 2010

            _____
            GARLAND E. BURRELL, JR.
            United States District Judge