IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>PARADISE READY MIX, INC. a California corporation, WILLIAM CALLAWAY, an individual, and BRIAN HARRISON, an individual,<br><br>        Defendant. | 2:10-cv-01801-GEB-GGH<br><br>ORDER DISCHARGING OSC |

        The Order to Show Cause ("OSC") issued on November 19, 2010, is discharged in light of William Callaway's representation that Paradise Ready Mix is not a corporation.  Therefore, a hearing on this issue is unnecessary and no hearing is scheduled.

Dated:  December 10, 2010

                                                                 
GARLAND E. BURRELL, JR.
United States District Judge