IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM CALLAWAY, an individual and dba PARADISE READY MIX; and BRIAN HARRISON, an individual,<br><br>    Defendants[1]. | 2:10-cv-01801-GEB-GGH<br><br>ORDER |

Since Defendants are proceeding in *pro per*, this case is referred to the assigned magistrate judge under Local Rule 302(c)(21).

Dated: May 19, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The caption has been amended to reflect William Callaway's representation that Paradise Ready Mix is not a corporation, and that he is an individual doing business as "Paradise Ready Mix." (Paradise Ready Mix's Answer to OSC, ¶¶ 1-5, ECF No. 12.)

1