ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
HALLIE B. ALBERT (State Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com
         Erik@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, California 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PARADISE READY MIX, INC. a California corporation, WILLIAM CALLAWAY, an individual, and BRIAN HARRISON, an individual,<br><br>Defendants. | Case No. 2:10-CV-01801-GEB-GGH<br><br>STIPULATION TO GRANT DEFENDANTS LEAVE TO USE THE COURT'S CM/ECF SYSTEM; [PROPOSED] ORDER THEREON<br><br>Magistrate Judge: Hon. Gregory G. Hollows |

WHEREAS, Plaintiff California Sportfishing Protection Alliance ("Plaintiff") acknowledges that Defendants William Callaway and Brian Harrison ("Defendants") (collectively, the "Parties");

WHEREAS, Defendants live approximately sixty (60) miles (over a one hour drive) from the Court in Sacramento;

STIPULATION TO GRANT DEFENDANTS
LEAVE TO USE THE COURT'S CM/ECF SYSTEM;       1
[PROPOSED] ORDER THEREON                                                Case No. 2:10-CV-01801-GEB-GGH

1  WHEREAS, Defendants seek to avoid the burdensome fuel and parking expenses necessarily incurred each time they must drive to Sacramento to file pleadings in this action at the Court;

WHEREAS, Defendants desire to take advantage of the Court's electronic case management filing system ("CM/ECF System") as Pro Se litigants;

WHEREAS, Local Rule 133(b)(3) requires Pro Se defendants to obtain leave of Court in order to utilize the Court's CM/ECF System;

WHEREAS, in the interest of fairness, the conservation of economic resources and judicial economy, the Parties agree that it is in their mutual interest for the Court to grant Defendants leave of Court to utilize the Court's CM/ECF System.

THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff and Defendants, in the interest of fairness, the conservation of economic resources and judicial economy that Defendants shall be permitted to utilize the Court's CM/ECF System for the purpose of electronically filing any pleadings, affidavits, declarations, non-evidentiary documents in this matter.

                            Respectfully submitted,

Dated: May 20, 2011         LAW OFFICES OF ANDREW L. PACKARD
                            By: **/s/ Erik Roper**_____
                                Erik M. Roper
                                Attorneys for Plaintiff
                                California Sportfishing Protection Alliance

Dated: May 18, 2011         William Callaway

                            By: **/s/ William Callaway**_____
                                William Callaway, Defendant in *Propria Persona*
                                (Electronically signed pursuant to Local Rule 131(f);
                                original signature retained by attorney Erik Roper)

Dated: May 18, 2011         Brian Harrison

                            By: **/s/ Brian Harrison**_____
                                Brian Harrison, Defendant in *Propria Persona*
                                (Electronically signed pursuant to Local Rule 131(f);
                                original signature retained by attorney Erik Roper)

STIPULATION TO GRANT DEFENDANTS                2
LEAVE TO USE THE COURT'S CM/ECF SYSTEM;
[PROPOSED] ORDER THEREON                                    Case No. 2:10-CV-01801-GEB-GGH

**ORDER**

Pursuant to Stipulation, and good cause appearing, it is ORDERED that Defendants are granted leave to file their pleadings, affidavits, declarations, non-evidentiary documents and any other necessary documents through use of the Court's electronic case management filing system (commonly referred to as the "CM/ECF System").

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

Dated: June 20, 2011            /s/ Gregory G. Hollows

_____
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

**EXHIBIT A**