ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
HALLIE B. ALBERT (State Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com
        Erik@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, California 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PARADISE READY MIX, INC. a California corporation, WILLIAM CALLAWAY, an individual, and BRIAN HARRISON, an individual,<br><br>Defendants. | Case No. 2:10-CV-01801-GEB-GGH<br><br>STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON<br><br>Magistrate Judge: Hon. Gregory G. Hollows |

WHEREAS, Plaintiff California Sportfishing Protection Alliance ("Plaintiff" or "CSPA") filed its Complaint in this action on July 13, 2010;

WHEREAS, on December 10, 2010, in its Order Discharging OSC, the Court acknowledged that Paradise Ready Mix is not a corporation;

1. WHEREAS, Plaintiff and Defendant William Callaway ("Callaway") acknowledge that Callaway operates the ready mix concrete facility at issue in this action ("Facility") as a sole proprietorship under the business name, Paradise Ready Mix;

WHEREAS, Plaintiff acknowledges that Defendant Paradise Ready Mix, Inc. is a non-existent corporate entity;

WHEREAS, on May 18, 2011, Defendant Brian Harrison caused to be filed a declaration signed under penalty of perjury representing that he is merely an employee of Callaway and in that capacity he neither operates the Facility, nor is he responsible for maintenance or management of the Facility;

WHEREAS, given the foregoing facts, Plaintiff acknowledges that Defendants Paradise Ready Mix, Inc. and Brian Harrison should not be named defendants in this action;

WHEREAS, given the foregoing facts, Plaintiff has agreed to dismiss all claims against Defendants Paradise Ready Mix, Inc. and Brian Harrison with prejudice;

WHEREAS, Plaintiff has provided Callaway herein a proposed First Amended Complaint (attached herein as Exhibit A) which merely removes Defendants Paradise Ready Mix, Inc. and Brian Harrison as named defendants;

WHEREAS, Plaintiff's proposed First Amended Complaint neither adds new claims, nor does it remove any of the claims for relief contained in its original Complaint.

THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff and Defendants, in the interest of judicial economy:

A.  That Plaintiff shall be permitted to file its proposed First Amended Complaint on May 20, 2011, or as soon thereafter as may be convenient for Plaintiff;

B.  That Defendant Callaway's response to the First Amended Complaint shall be filed not later than sixty (60) days after Plaintiff files its First Amended Complaint; and,

1    C. That Plaintiff and Defendants hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the
2  Federal Rules of Civil Procedure, that Plaintiff hereby dismisses all claims against Defendants
3  Paradise Ready Mix, Inc. and Brian Harrison with prejudice.

Respectfully submitted,

Dated: May 20, 2011     LAW OFFICES OF ANDREW L. PACKARD

By: **/s/ Erik Roper**_____
    Erik M. Roper
    Attorneys for Plaintiff
    California Sportfishing Protection Alliance

Dated: May 20, 2011     William Callaway

By: **/s/ William Callaway**_____
    William Callaway, Defendant in *Propria Persona*
    (Electronically signed pursuant to Local Rule 131(f);
    original signature retained by attorney Erik Roper)

Dated: May 20, 2011     Brian Harrison

By: **/s/ Brian Harrison**_____
    Brian Harrison, Defendant in *Propria Persona*
    (Electronically signed pursuant to Local Rule 131(f);
    original signature retained by attorney Erik Roper)

STIPULATION FOR LEAVE TO FILE FIRST        3
AMENDED COMPLAINT;                                       Case No. 2:10-CV-01801-GEB-GGH
[PROPOSED] ORDER THEREON

**ORDER**

Pursuant to Stipulation, and good cause appearing, it is ORDERED that Plaintiff California Sportfishing Protection Alliance shall be permitted to file its proposed First Amended Complaint on June 20, 2011, or as soon thereafter as may be convenient for Plaintiff. Further, it is ORDERED that Defendant William Callaway's response to the First Amended Complaint shall be filed not later than sixty (60) days after Plaintiff files its First Amended Complaint. Finally, it is ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants Paradise Ready Mix, Inc. and Brian Harrison as set forth in Plaintiff's Clean Water Act Notice Letter and the Complaint filed in Case No. 2:10-CV-01801-GEB-GGH, are hereby dismissed with prejudice.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

Dated: June 20, 2011            /s/ Gregory G. Hollows

_____
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

**EXHIBIT A**