ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
HALLIE B. ALBERT (State Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Boulevard N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com
         erik@packardlawoffices.com
         hallie@packardlawoffices.com

ROBERT J. TUERK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, CA 95971
Tel: (530) 283-0406
Fax: (530) 283-0416
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PARADISE READY MIX, INC. a California corporation, WILLIAM CALLAWAY, an individual, and BRIAN HARRISON, an individual,<br><br>Defendants. | CASE NO. 2:10-CV-01801-GEB-GGH<br><br>STIPULATION THAT DEFENDANTS WITHDRAW THEIR MOTION FOR PROTECTIVE ORDER (AS DEEMED SUBMITTED BY THE COURT ON APRIL 28, 2011), THAT PLAINTIFF BE EXCUSED FROM RESPONDING THERETO, AND THAT DEFENDANT CALLAWAY MAY RE-FILE AN AMENDED MOTION FOR PROTECTIVE ORDER; [PROPOSED] ORDER THEREON<br><br>Magistrate Judge: Hon. Gregory G. Hollows |

**WHEREAS**, Defendants William Callaway ("Callaway") and Brian Harrison ("Harrison") (collectively, "Defendants") filed a Motion For A Protective Order ("Motion") and this Court deemed the Motion filed as of April 28, 2011;

**WHEREAS**, in its Order dated May 2, 2011 ("Order"), the Court stated:

"First, defendants' motion for protective order was not timely noticed. It was

>   not considered on its merits because of the time of filing; however, it is deemed as having been properly filed on this date for future consideration. Plaintiff will be given the opportunity to respond, and then it will be taken under submission after the court determines whether a hearing is necessary."

(Doc. No. 23, at 3:2-6);

>   **WHEREAS**, the Court's Order states, in relevant part, that:
>
>   > "1. Within twenty-one (21) days of this order, plaintiff shall file an opposition to defendants' motion for protective order. Defendants may file a reply seven days thereafter. The court will then determine whether a hearing is necessary or take the matter under submission."

(*Id.* at 4:7-8);

>   **WHEREAS**, Plaintiff California Sportfishing Protection Alliance ("Plaintiff") and Defendants (collectively, the "Parties") have pending before this Court a stipulation and proposed order to dismiss Plaintiff's claims with prejudice with respect to defendant Brian Harrison ("Harrison") and the non-existent corporate entity, defendant Paradise Ready Mix, Inc. ("PRM");

>   **WHEREAS**, the Parties anticipate that the Court will soon issue an order dismissing Plaintiff's claims against defendants Harrison and PRM with prejudice;

>   **WHEREAS**, in anticipation of the Court's dismissal of Plaintiff's claims against defendants Harrison and PRM, Defendant Callaway hereby agrees to withdraw Defendants' pending Motion thereby relieving Plaintiff of the obligation to file an Opposition brief thereto;

>   **WHEREAS**, upon the Court's dismissal of Plaintiff's claims against defendants Harrison and PRM, the Parties agree that Defendant Callaway shall have leave to file an amended motion for protective order;

>   **WHEREAS**, the Parties further agree that in light of the Parties' upcoming settlement conference scheduled to occur on July 13, 2011, it is in the interest of conservation of their respective economic resources and judicial economy that Defendant Callaway set the hearing date for the contemplated amended motion for protective order for a date at least twenty-eight (28) days subsequent to July 13, 2011.

**THEREFORE, IT IS HEREBY STIPULATED** by and among Plaintiff and Defendants in the interest of conservation of the Parties' respective economic resources and judicial economy:

**A.** That Defendant Callaway shall be permitted to withdraw Defendants' Motion on May 25, 2011, or as soon thereafter as may be convenient for Defendant Callaway;

**B.** That Plaintiff shall be relieved of the obligation to file an Opposition brief in response to Defendants' currently pending Motion;

**C.** That upon the Court's dismissal of Plaintiff's claims against defendants Harrison and PRM, that Defendant Callaway shall have leave to file an amended motion for protective order; and,

**D.** That Defendant Callaway's amended motion for protective order shall be set for hearing on a date at least twenty-eight (28) days subsequent to July 13, 2011.

Respectfully submitted,

Dated: May 25, 2011    LAW OFFICES OF ANDREW L. PACKARD

By: **/s/ Erik Roper**
    Erik M. Roper
    Attorneys for Plaintiff
    California Sportfishing Protection Alliance

Dated: May 25, 2011    William Callaway

By: **/s/ William Callaway**
    William Callaway, Defendant in *Propria Persona*
    (Electronically signed pursuant to Local Rule 131(f);
    original signature retained by attorney Erik Roper)

## **ORDER**

Pursuant to Stipulation, and good cause appearing, it is ORDERED that Defendant Callaway shall be permitted to withdraw Defendants' currently pending Motion For A Protective Order on May 25, 2011, or as soon thereafter as may be convenient for Defendant Callaway.  It is further ORDERED that Plaintiff California Sportfishing Protection Alliance shall be relieved of the obligation to file an Opposition brief in response to Defendants' currently pending Motion For A Protective Order.  Additionally, it is ORDERED that upon the Court's dismissal of Plaintiff's claims against defendants Harrison and Paradise Ready Mix, Inc. pursuant to stipulation of the Parties, that Defendant Callaway shall have leave to file an amended motion for protective order. Finally, it is ORDERED that Defendant Callaway's amended motion for protective order shall be set for hearing on a date at least twenty-eight (28) days subsequent to the Parties' settlement conference on July 13, 2011.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

Dated:  June 20, 2011                    /s/ Gregory G. Hollows

_____
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE