ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com
        Erik@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, California 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>WILLIAM CALLAWAY, an individual, dba PARADISE READY MIX,<br><br>           Defendant. | Case No. 2:10-CV-01801-GEB-GGH PS<br><br>PROTECTIVE ORDER RE DEFENDANT'S DOCUMENTATION OF FINANCIAL ASSETS<br><br>Magistrate Judge: Hon. Gregory G. Hollows |

**PROTECTIVE ORDER**

Defendant William Callaway ("Defendant") has agreed to provide Plaintiff California Sportfishing Protection Alliance ("Plaintiff") documentation of his financial assets pursuant to the terms set forth in the instant Protective Order. Pursuant to agreement as expressed by the parties during their July 13, 2011 settlement conference, and good cause appearing, it is ORDERED that Defendant shall cause to be delivered to Plaintiff no later than two weeks from July 13, 2011, true and correct copies of the following documents (hereinafter "Disclosed Documents"):

1. Defendant's filed federal income tax returns for the past three years (i.e., 2008, 2009 and 2010), including the "Schedule C" report included in his filing of each of those tax returns;
2. Asset statements reflecting the current value of each of Defendant's assets (i.e., both real and personal property) valued in excess of one thousand dollars.

It is further ORDERED that the Disclosed Documents shall be kept confidential by Plaintiff and, absent a subsequent Court order or as otherwise described below, may only be used by Plaintiff in connection with the instant civil suit, Case No. 2:10-cv-01801-GEB-GGH. Plaintiff's counsel is prohibited from releasing, disseminating or sharing the Disclosed Documents or any information contained therein with anyone, with the exception of any other attorneys, experts, consultants or investigators working on this case on behalf of Plaintiff. Plaintiff's counsel shall destroy the Disclosed Documents at the conclusion of the instant case.

Absent written permission from Defendant, or a Court order secured after appropriate notice has been provided to the opposing Party, neither Party may file any of the Disclosed Documents in Court, either in whole or in part. A Party who seeks to file any of the Disclosed Documents under seal must comply with Local Rule 141.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

Dated: July 18, 2011        /s/ Gregory G. Hollows
_____
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE