ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com
        Erik@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, California 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>WILLIAM CALLAWAY, an individual, dba PARADISE READY MIX,<br><br>       Defendant. | Case No. 2:10-CV-01801-GEB-GGH<br><br>ORDER SETTING SETTLEMENT NEGOTIATION SCHEDULE<br><br>Magistrate Judge: Hon. Gregory G. Hollows |

On July 13, 2011, the undersigned presided over a settlement conference ("Conference") between Plaintiff California Sportfishing Protection Alliance ("Plaintiff") and Defendant William Callaway ("Defendant") (collectively, the "Parties").

As a result of the Conference, Defendant has agreed to provide Plaintiff documentation of his financial assets pursuant to the terms set forth in the Protective Order concurrently issued by the Court in tandem with the instant Order. Specifically, Defendant agreed to deliver to Plaintiff no later than two weeks from July 13, 2011, true and correct copies of his filed tax returns for the past three years (i.e., 2008, 2009 and 2010), including the "Schedule C" report included in his

filing of each of those tax returns. Additionally, Defendant agreed to deliver to Plaintiff no later than two weeks from July 13, 2011, true and correct copies of asset statements reflecting the current value of each of Defendant's assets (i.e., both real and personal property) valued in excess of one thousand dollars.

Finally, during the Conference, the Parties agreed to participate in a second settlement conference in August, 2011, at a date and time to be subsequently determined by the Court as a date and time that is mutually convenient for both the Parties and the Court.

## **ORDER**

Pursuant to agreement as expressed by the parties during their July 13, 2011 settlement conference, and good cause appearing, it is ORDERED that Defendant William Callaway ("Defendant") shall deliver to Plaintiff California Sportfishing Protection Alliance ("Plaintiff") no later than two weeks from July 13, 2011, true and correct copies of his filed tax returns for the past three years (i.e., 2008, 2009 and 2010), including the "Schedule C" report included in his filing of each of those tax returns. Additionally, Defendant shall deliver to Plaintiff no later than two weeks from July 13, 2011, true and correct copies of asset statements reflecting the current value of each of Defendant's assets (i.e., both real and personal property) valued in excess of one thousand dollars.

Finally, the Parties shall appear at a second settlement conference to be presided over by the undersigned on August 2, 2011, at 9:00 a.m. in Courtroom No. 9.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA


Dated: July 20, 2011                    /s/ Gregory G. Hollows

_____
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

**[PROPOSED] ORDER SETTING
SETTLEMENT NEGOTIATION SCHEDULE**                 2                 2:10-CV-01801-GEB-GGH