IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

    Plaintiff,                                CIV. NO. S-10-1801 GEB GGH PS

  vs.

WILLIAM CALLAWAY,
dba PARADISE READY MIX,

    Defendant.                              <u>ORDER</u>
_____/

        A telephone conference regarding defendant's objections concerning further settlement conference, filed July 27, 2011, was held on August 1, 2011. Erik Roper appeared for plaintiff. William Callaway appeared in pro se.

        Pursuant to the parties' stipulation and good cause appearing, IT IS ORDERED that:

    1. The second settlement conference is continued from August 2, 2011, to September 13, 2011, at 9:00 a.m.

    2. Defendant shall submit his tax returns and other financial documents pursuant to this court's order of July 21, 2011, to plaintiff no later than Friday, August 5, 2011.

////

3. These financial documents will be subject to the protective order, filed July 18, 2011, which is hereby modified as follows: disclosed documents shall only be used by plaintiff in connection with the instant settlement proceedings. This order is without prejudice to its later modification by noticed motion.

DATED:   August 2, 2011

                                             /s/ Gregory G. Hollows
                               UNITED STATES MAGISTRATE JUDGE

GGH:076/CSPA1801.mod.wpd