IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

    Plaintiff,                                    CIV. NO. S-10-1801 GEB GGH PS

    vs.

WILLIAM CALLAWAY,
dba PARADISE READY MIX,

    Defendant.                            <u>ORDER</u>

/

        On August 23, 2011, plaintiff filed a letter requesting that the September 13, 2011 settlement conference be cancelled because it would not be efficient or worthwhile. On September 6, 2011, defendant filed a letter objecting to cancellation of the settlement conference and requesting a further conference. At this stage of the proceedings, further settlement conference would be futile. The parties are free to initiate settlement negotiations without the court's involvement. The parties' pending motions will be decided as soon as possible.

////

////

////

////

1

1  Accordingly, IT IS ORDERED that the second settlement conference, scheduled
2  for September 13, 2011 at 9:00 a.m., is vacated.
3  DATED: September 9, 2011
4  
     /s/ Gregory G. Hollows
     UNITED STATES MAGISTRATE JUDGE
5
6  GGH:076/CSPA1801.ord.wpd