ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com
        Erik@packardlawoffices.com
        Emily@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, California 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM CALLAWAY, an individual, dba, PARADISE READY MIX,<br><br>Defendant. | Case No. 2:10-CV-01801-GEB-GGH<br><br>STIPULATION FOR CONTINUANCE OF HEARING ON PLAINTIFF'S PENDING MOTION TO COMPEL; ORDER THEREON<br><br>Magistrate Judge: Hon. Gregory G. Hollows |

WHEREAS, on November 14, 2011, Plaintiff California Sportfishing Protection Alliance ("Plaintiff") filed a motion to compel ("Motion") Defendant William Callaway ("Defendant") to produce documents and amended responses to Plaintiff's First Set of Interrogatories, First Set of Requests for Admission and First Request for Production of Documents (collectively, "First Set of Discovery");

1  WHEREAS, Plaintiff and Defendant shall be collectively referred to herein as the "Parties";

2  WHEREAS, the hearing on Plaintiff's pending Motion is currently calendared to occur on December 15, 2011;

3  WHEREAS, Defendant cannot attend the hearing on December 15, 2011 due to unrelated pre-existing commitments;

4  WHEREAS, in the interest of professional courtesy, Plaintiff is amenable to rescheduling the hearing of its Motion to occur on a date that is mutually convenient for the Parties;

5  WHEREAS, Defendant and Plaintiff's counsel are both able to attend a hearing addressing Plaintiff's pending Motion on Thursday, February 2, 2012;

6  THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff and Defendant, in the interest of fairness and judicial economy, that the hearing on Plaintiff's pending Motion be continued and rescheduled to occur on Thursday, February 2, 2012.

Respectfully submitted,

Dated: December 1, 2011        LAW OFFICES OF ANDREW L. PACKARD
                               By: **/s/ Erik Roper**_____
                                   Erik M. Roper
                                   Attorneys for Plaintiff
                                   California Sportfishing Protection Alliance

Dated: December 1, 2011        William Callaway

                               By: **/s/ William Callaway**_____
                                   William Callaway, Defendant in *Propria Persona*
                                   (Electronically signed pursuant to Local Rule 131(f);
                                   original signature retained by attorney Erik Roper)

STIPULATION FOR CONTINUANCE OF PLAINTIFF'S          2
PENDING MOTION TO COMPEL;
[PROPOSED] ORDER THEREON                            Case No. 2:10-CV-01801-GEB-GGH

**ORDER**

Pursuant to Stipulation, and good cause appearing, it is ORDERED that the hearing of Plaintiff's pending Motion to Compel is continued and hereby rescheduled to occur on Thursday, February 2, 2012 at 10:00 a.m.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

Dated:  December 5, 2011         /s/ Gregory G. Hollows

_____
U.S. MAGISTRATE JUDGE