IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>           Plaintiff,<br><br>      vs.<br><br>WILLIAM CALLAWAY, dba PARADISE READY MIX, INC.,<br><br>           Defendant.<br>_____/ | CIV. NO. S-10-1801 GEB GGH PS |
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>           Plaintiff,<br><br>      vs.<br><br>WILLIAM CALLAWAY, dba WILLIAMS REDI MIX, et al.,<br><br>           Defendants.<br>_____/ | CIV. NO. S-12-0443 MCE DAD<br><br><br><br><u>NON-RELATED CASE ORDER</u> |

       The court has received the Notice of Related Cases concerning the above-captioned cases, filed February 22, 2012. <u>See</u> E.D. Cal. Local Rule 123. The court has,

\\\\\

1

1 however, determined that it is inappropriate to relate and reassign Civil No. S- 12-0443 MCE

2 DAD to Civil No. S- 10-1801 GEB GGH PS, and it therefore declines to do so.

3 DATED: February 27, 2012

          /s/ Gregory G. Hollows
     UNITED STATES MAGISTRATE JUDGE

GGH:076/cspa1801.non-rel.wpd