IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

      Plaintiff,                        CIV. NO. S-10-1801 GEB GGH PS

  vs.

WILLIAM CALLAWAY,
dba PARADISE READY MIX,
                                                <u>AMENDED SCHEDULING ORDER</u>

      Defendant.

_____/

      At hearing on March 15, 2012, plaintiff informally requested modification of the scheduling order in light of defendant's recalcitrance in responding to discovery, and defendant's impending hip replacement surgery, scheduled for April 9, 2012. Rather than require the parties to propose modification of the schedule before the district judge, the undersigned offered to discuss the matter with Judge Burrell, and has now obtained his authorization to modify the schedule in this case.

      Accordingly, IT IS ORDERED that:

1. The scheduling order, filed February 22, 2011, is modified.

2. Non-expert discovery shall be completed by August 30, 2012.

3. Expert discovery shall be completed by February 28, 2013.

4. The last hearing date for motions shall be April 29, 2013.

5. The final pretrial conference is set for June 24, 2013 at 1:30 p.m.

6. Trial is scheduled for September 24, 2013 at 9:00 a.m.

7. All other provisions of the original scheduling order remain in effect.

DATED: March 16, 2012

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH:076/CSPA1801.am.so.wpd