1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                     FOR THE EASTERN DISTRICT OF CALIFORNIA

8   CALIFORNIA SPORTFISHING
    PROTECTION ALLIANCE,
9
            Plaintiff,                        CIV. NO. S-10-1801 GEB GGH PS
10

11          vs.                               ORDER

12  WILLIAM CALLAWAY,
    dba PARADISE READY MIX,
13                Defendant.

14  _____/

15          Defendant has requested a an extension of time to file objections to this court's

16  findings and recommendations, filed March 20, 2012.  Good cause appearing, IT IS ORDERED

17  that:

18          1.  Defendant's motion for extension of time, filed April 2, 2012, (dkt. no. 76), is

19  granted.

20          2.  Defendant is granted until April 20, 2012 to file objections to the March 20,

21  2012 findings and recommendations.  Plaintiff's reply, if any, shall be filed within fourteen days

22  thereafter.  No further extensions will be approved.

23  DATED: April 10, 2012

24                                    /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE
25  GGH:076
    CSPA1801.eot.wpd
26

                                           1