IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

       Plaintiff,                      CIV. NO. S-10-1801 GEB GGH PS

       vs.                              ORDER

WILLIAM CALLAWAY,
dba PARADISE READY MIX,
       Defendant.

_____/

       Defendant has requested a an extension of time to file objections to this court's findings and recommendations, filed March 20, 2012.  Good cause appearing, IT IS ORDERED that:

       1. Defendant's motion for extension of time, filed April 2, 2012, (dkt. no. 76), is granted.

       2. Defendant is granted until April 20, 2012 to file objections to the March 20, 2012 findings and recommendations.  Plaintiff's reply, if any, shall be filed within fourteen days thereafter.  No further extensions will be approved.

DATED: April 10, 2012

                                    /s/ Gregory G. Hollows
                               UNITED STATES MAGISTRATE JUDGE

GGH:076
CSPA1801.eot.wpd

1