1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10  CALIFORNIA SPORTFISHING
    PROTECTION ALLIANCE,
11
                Plaintiff,                    CIV-S-10-1801 GEB GGH PS
12
            vs.
13
    WILLIAM CALLAWAY,
14  dba PARADISE READY MIX,

15
                Defendant.              ORDER
16  _____/

17          On March 20, 2012, the magistrate judge filed findings and recommendations

18  herein which were served on the parties and which contained notice that any objections to the

19  findings and recommendations were to be filed within fourteen days.  Objections were filed on

20  March 30, 2012, and they were considered by the district judge.[1]

21          This court reviews de novo those portions of the proposed findings of fact to

22  which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.

23  Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920

24  (1982).  As to any portion of the proposed findings of fact to which no objection has been made,

25  _____

26  [1]  The objections filed on April 24, 2012, will be construed as a motion for reconsideration,
    and will be addressed separately by the magistrate judge.

the court assumes its correctness and decides the motions on the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the March 20, 2012, Findings and Recommendations in full.  Accordingly, IT IS ORDERED that Callaway's motion to dismiss, filed January 25, 2012 (dkt. no. 55) is denied.

Dated:  April 30, 2012

GARLAND E. BURRELL, JR.
United States District Judge