William Callaway, Sui Juris
1295 Route 99
Gridley, CA 95948
Tel. (530) 846-5842
Fax. (530) 846-4835

In Propria Persona, Sui Juris

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation;<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM CALLAWAY, an individual, dba PARADISE READY MIX,<br><br>Defendant. | Civil Case No.: 2:10-CV-01801-GEB-GGH PS<br><br>**STIPULATION REGARDING CONTINUING HEARING DATE ON DEFENDANT'S PENDING MOTION FOR SUMMARY JUDGMENT; ORDER THEREON**<br><br>Magistrate Judge: Hon. Gregory G. Hollows |

WHEREAS, Defendant William Callaway ("Defendant") has pending before the Court, Defendant's Motion for Summary Judgment ("Motion");

WHEREAS, the hearing on the Motion is currently set for September 20, 2012;

WHEREAS, counsel for Plaintiff California Sportfishing Protection Alliance ("Plaintiff") is unavailable on September 20, 2012 as he will be taking a deposition on another matter on that date;

WHEREAS, Local Rule 230(f) provides that requests for a continuance of a hearing on a motion shall be made to the Magistrate Judge on whose calendar the matter is set by stipulation or otherwise.

NOW, THEREFORE, the parties hereto hereby stipulate as follows:

Defendant William Callaway proceeding in propria persona, and Plaintiff California

Sportfishing Protection Alliance, by and through its counsel of record, hereby stipulate to continue the hearing on Defendant's pending Motion from September 20, 2012 to October 18, 2012, at 10:00 a.m.

IT IS SO STIPULATED.

DATED: August 21, 2012    Respectfully submitted,

                                 By:  /s/ William Callaway_____
                                 William Callaway
                                 Defendant in Propria Persona

                                 LAW OFFICES OF ANDREW L. PACKARD

                                 By:  /s/ Erik M. Roper_____
                                 Erik M. Roper
                                 (As authorized on August 21, 2012 pursuant to Local Rule 131)
                                 Attorneys for Plaintiff
                                 CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

STIPULATION RE CONTINUING MOTION HEARING DATE
CIVIL CASE NO.: 2:10-CV-01801-GEB-GGH

## **ORDER**

Pursuant to Stipulation, and good cause appearing, it is ORDERED that the hearing of Defendant's pending Motion for Summary Judgment is continued and hereby rescheduled to occur on Thursday, October 18, 2012 at 10:00 a.m.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

Dated:  August 22, 2012          /s/ Gregory G. Hollows
_____
U.S. MAGISTRATE JUDGE

CSPA1801.stip