IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>    vs.<br><br>WILLIAM CALLAWAY,<br>dba PARADISE READY MIX,<br>    Defendant.<br>_____/ | 2:10-cv-1801 GEB GGH PS<br><br><br>ORDER |

Defendant has filed a second request for extension of time to file objections to this court's findings and recommendations, filed November 28, 2012.  Although defendant was previously informed that no further extensions of time would be granted, the court finds good cause for a short extension of seven days.  Accordingly, IT IS ORDERED that:

1. Defendant's request for extension of time, filed January 10, 2013, (dkt. no. 106), is granted.

2. Defendant is granted until January 18, 2013 in which to file objections to the November 28, 2012 findings and recommendations.  Plaintiff's reply, if any, shall be filed within fourteen days thereafter.  No further extensions will be approved.

DATED: January 15, 2013

                    /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE

GGH:076 - CSPA1801.eot-obj2.wpd