1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8    CALIFORNIA SPORTFISHING
     PROTECTION ALLIANCE,
9
             Plaintiff,                      2:10-cv-1801 GEB GGH PS
10
11           vs.                             ORDER

12   WILLIAM CALLAWAY,
     dba PARADISE READY MIX,
13               Defendant.

14   _____/

15           Defendant has filed a second request for extension of time to file objections to this

16   court's findings and recommendations, filed November 28, 2012.  Although defendant was

17   previously informed that no further extensions of time would be granted, the court finds good

18   cause for a short extension of seven days.  Accordingly, IT IS ORDERED that:

19           1.  Defendant's request for extension of time, filed January 10, 2013, (dkt. no.

20   106), is granted.

21           2.  Defendant is granted until January 18, 2013 in which to file objections to the

22   November 28, 2012 findings and recommendations.  Plaintiff's reply, if any, shall be filed within

23   fourteen days thereafter.  No further extensions will be approved.

24   DATED: January 15, 2013

25                               /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE
26   GGH:076 - CSPA1801.eot-obj2.wpd

                                          1